BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2797
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0407 KJM |
| Plaintiff, | ORDER |
| v. | |
| ERWIN STAMPER, | |
| Defendant. | |

Good cause having been shown, the government is granted leave to file three pre-sentence reports regarding the defendant under seal.

It is ORDERED.

DATED: October 21, 2013.

_____
UNITED STATES DISTRICT JUDGE